| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Original Eggs-R-Us L.L.C.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
85-2477461

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2350 Noblestown Road, Suite 128<br>Pittsburgh, PA 15205 | 738 Norland Ave<br>Carnegie, PA 15106 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Allegheny<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **The Original Eggs-R-Us L.L.C.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **The Original Eggs-R-Us L.L.C.** _____ Case number (*if known*) _____
  Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **Lisa Anne Simmers**    Relationship **Affiliate**
District **Western District of Pennsylvania**   When **10/06/21**   Case number, if known **21-22192-GLT**

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **The Original Eggs-R-Us L.L.C.**  Case number (*if known*) _____
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **The Original Eggs-R-Us L.L.C.**                                    Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 23, 2025**
              MM / DD / YYYY

X **/s/ Lisa Anne Simmers**                              **Lisa Anne Simmers**
Signature of authorized representative of debtor         Printed name

Title   **Sole Member**

**18. Signature of attorney**

X **/s/ Donald R. Calaiaro**                             Date **July 23, 2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Donald R. Calaiaro**
Printed name

**Calaiaro Valencik**
Firm name

**555 Grant Street**
**Suite 300**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone   **412-232-0930**        Email address   **dcalaiaro@c-vlaw.com**

**27538 PA**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **The Original Eggs-R-Us L.L.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Columbia Ga of Pennyslvania** P.O. Box 117 200 Civic Center Drive, 11th Floor Columbus, OH 43216 | | Utility Services | | | | $1,901.38 |
| **Convergent Outsourcing, Inc.** P.O. Box 9004 Renton, WA 98057 | | Collecion Attorney Columbia Gas of PA | | | | $1,892.00 |
| **Duquene Light Company** c/o Keri P. Ebeck 707 Grant Street, Suite 2200 Pittsburgh, PA 15219 | | Utility service | | | | $1,255.59 |
| **Funding Circle Market Place, LLC** Raymond P. Wendolowski, Jr. Bernstein & Burkley 707 Grant Street, Suite 2200 Pittsburgh, PA 15219 | | Commercial Loan | | | | $48,912.36 |
| **Internal Revenue Service** Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | | Withholding Tax | | | | $3,679.93 |

Debtor **The Original Eggs-R-Us L.L.C.**     Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Isabella Gaito<br>c/o Erik Yurkovich, Esquire<br>The Worker's Rights Law Group, LLC<br>680 Anderson Drive, Suite 230<br>Pittsburgh, PA 15220 | | Wages | Disputed | | | $0.00 |
| OneMain Financial<br>Attn: Bankruptcy<br>601 NW 2nd Street<br>Evansville, IN 47708 | | Unsecured | | | | $10,568.97 |
| PA American Water<br>Attn: Billing<br>P.O. Box 578<br>Alton, IL 62002 | | Utility | | | | $4,015.33 |
| PA Department of Revenue<br>Bureau of Compliance<br>Lien Section<br>P.O. Box 280948<br>Harrisburg, PA 17128-0948 | | | | | | $5,732.48 |
| Sofi Lending Corp<br>One Letterman Dr., Bldg A Ste 4700<br>San Francisco, CA 94129 | | Personal Loan | | | | $43,987.49 |
| Union Real Estate Company<br>301 Grant St., Suite 1250<br>Pittsburgh, PA 15219 | | | | | | $7,500.00 |

THERE ARE NO OTHER CREDITORS

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **The Original Eggs-R-Us L.L.C.**　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Original Eggs-R-Us L.L.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **July 23, 2025** | **/s/ Donald R. Calaiaro** |
| Date | **Donald R. Calaiaro** |
| | Signature of Attorney or Litigant |
| | Counsel for  **The Original Eggs-R-Us L.L.C.** |
| | **Calaiaro Valencik** |
| | **555 Grant Street** |
| | **Suite 300** |
| | **Pittsburgh, PA 15219** |
| | **412-232-0930 Fax:412-232-3858** |
| | **dcalaiaro@c-vlaw.com** |